UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>        Plaintiff,<br>vs.<br><br>RAMA INC,<br>an Indiana Corporation,<br><br>        Defendant. | CASE NO.1:22-cv-02079-SEB-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: February 10, 2023

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@KuMussman.com

 and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237

*/s/ Joshua Robertson*
Joshua Robertson, Esq.
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
Telephone: (317) 573-8888
Facsimile: (317) 574-3855
jrobertson@cgglawfirm.com
*Attorneys for Defendant*

Tel: (317) 750-8503  
ebohnet@gmail.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Joshua Robertson, Esq.  
COHEN GARELICK & GLAZIER  
8888 Keystone Crossing, Suite 800  
Indianapolis, Indiana 46240  
jrobertson@cgglawfirm.com

By: *Louis I. Mussman*         .  
    Louis I. Mussman, Esq.